LOUIS JENKINS ET AL.

v.

WOLF COHN.

*Deed—Reformation of.*

This court declines to interfere with a decree for the complainant in a bill filed for the reformation of a deed.

[Opinion filed October 23, 1890.]

APPEAL from the Superior Court of Cook County; the Hon. EGBERT JAMIESON, Judge, presiding.

Mr. L. S. HODGES, for appellants.

Mr. HENRY C. NOYES, for appellee.

WATERMAN, J. Appellee filed in the court below his bill asking for the reformation of a deed. The testimony produced upon the hearing was very conflicting; the witnesses

appeared and were examined in open court, and the decision of the case depended entirely upon the view which should be taken of the evidence.

We see no sufficient reason for interfering with the conclusion reached by the chancellor. His opportunity for ascertaining the truth, and for arriving at a correct determination, was better than ours, and although we might not think as did he concerning what the real facts of the case were, we see no such preponderance of evidence as will warrant us in doing otherwise than affirming the decree of the Superior Court.

*Decree affirmed.*